# Court of Appeals
# of the State of Georgia

ATLANTA,  May 25, 2017

*The Court of Appeals hereby passes the following order:*

**A17I0227.  CANDICE REIS et al. v. OOIDA RISK RETENTION GROUP.**

Candice Reis and Melvin Williams, plaintiffs in the case below, have filed an application for interlocutory review of the trial court's order granting summary judgment to defendant OOIDA Risk Retention Group.  The trial court's order, however, is subject to direct appeal.

Under OCGA § 9-11-56 (h), the grant of summary judgment on any issue or as to any party is reviewable by direct appeal.  *City of Demorest v. Town of Mt. Airy*, 282 Ga. 653, 654 n.1 (653 SE2d 43) (2007); *Whiddon v. Stargell*, 192 Ga. App. 826, 827-28 (386 SE2d 884) (1989).  We will grant a timely application for interlocutory appeal if the order complained of is subject to direct appeal and the applicant has not otherwise filed a timely notice of appeal.  *Spivey v. Hembree*, 268 Ga. App. 485, 486 n.1 (602 SE2d 246) (2004).  Accordingly, this interlocutory application is hereby GRANTED.  The applicants shall have ten days from the date of this order to file a notice of appeal in the trial court.  If they have already filed a notice of appeal from the order at issue here, they need not file a second notice.  The clerk of the trial court is directed to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* __05/25/2017__
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*